## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DAVID MASCIO | )    Case. No. 03-12994 HRT |
| MONICA MASCIO, | )    Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) |
| PAUL GRONEWOLLER and | ) |
| GRONEWOLLER & ASSOCIATES, INC. | ) |
| | )    Adversary Proceeding No. 03-1482 MER |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| DM CAPITAL, INC., f/k/a Mascio Asset | ) |
| Management, Inc.; DAVID MACSIO; | ) |
| MONICA L. MASCIO; and MAM CAPITAL, | ) |
| LLC | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT DAVID MASCIO'S MOTION PURSUANT TO FED.R.BANKR.P. 8002(C) FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

THIS MATTER, having come before the Court on Defendant David Mascio's Motion Pursuant to Fed.R.Bankr.P. 8002(c) for Extension of Time to File Notice of Appeal (the "Motion"), and the Court, being duly advised in the premises, hereby

ORDERS the Motion is GRANTED. The time for Defendant David Mascio to file an appeal of (a) the Court's August 8, 2006 Order denying Defendant's Motion to Amend Findings and Judgment pursuant to Fed.R.Civ.P. 52(b) and (b) the Court's June 30, 2006 Judgment is extended twenty (20) days to September 7, 2006.

DATED this 17ᵗʰ day of _August_ , 2006.

BY THE COURT:

_____
United States Bankruptcy Judge