**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 06-cv-01780-AP

In Re:

DAVID A. MASCIO, d/b/a DM Capital, Inc., Mascio Asset Management, Inc., Mascio Asset Management, LLC; and MONICA L. MASCIO

Debtors.

PAUL GRONEWOLLER and
GRONEWOLLER AND ASSOCIATES, INC.,

Plaintiffs/Appellees,

v.

DM CAPITAL, INC., f/k/a Mascio Asset Management, Inc.; DAVID MASCIO; DAVID MASICO; and MAM CAPITAL, LLC.,

Defendants/Appellants.

_____

**MINUTE ORDER**
_____

Judge John L. Kane **ORDERS**

Appellant's Motion for Judicial Notice (doc. #22), filed January 2, 2007, is GRANTED. The Court accepts judicial notice for this appeal of Schedule F, pages 1 and 2 of 2 filed by appellant in his bankruptcy court case, listing the debt to Appellee as "unknown" an amount as well as "contingent, unliquidated and disputed."
_____

Dated: January 2, 2007