IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01780-PSF

In re:

DAVID A. MASCIO, d/b/a D M Capital, Inc.;
MASCIO ASSET MANAGEMENT, INC.;
MASCIO ASSET MANAGEMENT, LLC; and
MONICA L. MASCIO,

    Debtors.

PAUL GRONEWOLLER; and
GRONEWOLLER & ASSOCIATES, INC.,

    Plaintiffs/Appellees,

v.

DM CAPITAL, INC., f/k/a Mascio Asset Management, Inc.;
DAVID MASCIO; and
MAM CAPITAL, LLC,,

    Defendants/Appellants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Appellant's Motion for Permission to Submit Reply on Motion for Rehearing (Dkt. # 33), filed on December 7, 2007, is GRANTED. Appellant's reply brief, submitted as an attachment to the motion, is accepted for filing.

DATED: December 7, 2007