IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01780-PSF

In re:

DAVID A. MASCIO, d/b/a D M Capital, Inc.;
MASCIO ASSET MANAGEMENT, INC.;
MASCIO ASSET MANAGEMENT, LLC; and
MONICA L. MASCIO,

    Debtors.

PAUL GRONEWOLLER; and
GRONEWOLLER & ASSOCIATES, INC.,

    Plaintiffs/Appellees,

v.

DM CAPITAL, INC., f/k/a Mascio Asset Management, Inc.;
DAVID MASCIO; and
MAM CAPITAL, LLC,,

    Defendants/Appellants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Appellee's Motion to File Response to Mascio's F.R.B.P. 8015 Argument (Dkt. # 38) is GRANTED. Appellee's Response (Dkt. # 37) is accepted for filing.

    IT IS FURTHER ORDERED that no further briefing on Appellant's Motion for Rehearing (Dkt. # 28) will be granted.

DATED: December 11, 2007